PROB 12C
(6/16)

Report Date: March 3, 2017

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2017

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Ronald Lawrence Shuler         Case Number: 0980 2:13CR00078-SMJ-1

Address of Offender:         Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, JR, U.S. District Judge

Date of Original Sentence: February 26, 2014

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute a Mixture or Substance Containing Cocaine Base and Cocaine Hydrochloride, 21 U.S.C. § 841, (b)(1)(C) | |
| Original Sentence: | Prison - 44 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Joseph Harrington | Date Supervision Commenced: August 1, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 31, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/14/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Ronald Shuler violated the terms of his supervised release in Spokane, Washington, by consuming alcohol. Specifically, Mr. Shuler self-disclosed prior alcohol use during an assessment at Alcohol Drug Education Prevention and Treatment (ADEPT) on March 2, 2017. In addition, the undersigned officer contacted Mr. Shuler via telephone that same date, and he again disclosed he had consumed alcohol approximately 3 weeks prior. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/03/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C
**Re: Shuler, Ronald Lawrence**
**March 3, 2017**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

_____03/03/2017_____
Date