PROB 12C
(6/16)

Report Date: March 10, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2017

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Ronald Lawrence Shuler          Case Number: 0980 2:13CR00078-SMJ-1

Address of Offender:                Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, JR, U.S. District Judge

Date of Original Sentence: February 26, 2014

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute a Mixture or Substance Containing Cocaine Base and Cocaine Hydrochloride, 21 U.S.C. § 841, (b)(1)(C)

Original Sentence:    Prison - 44 months          Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:  Matthew F. Duggan           Date Supervision Commenced: August 1, 2016

Defense Attorney:     John Stephen Roberts, Jr.   Name of Offender: Ronald Lawrence Shuler

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/14/2017 and 03/03/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Ronald Shuler violated the terms of his supervised release in Spokane, Washington, by consuming alcohol. Mr. Shuler provided a urinalysis sample on March 2, 2017. On that date, the urine sample was sent to Precision Laboratory. On March 9, 2017, the lab confirmed Mr. Shuler as being positive for alcohol on March 2, 2017. |

Prob12C
Re: Shuler, Ronald Lawrence
March 10, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/10/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

03/10/2017
Date