PROB 12C
(6/16)

Report Date: March 27, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald Lawrence Shuler                Case Number: 0980 2:13CR00078-SMJ-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Salvador Mendoza, JR, U.S. District Judge

Date of Original Sentence: February 26, 2014

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute a Mixture or Substance Containing Cocaine Base and Cocaine Hydrochloride, 21 U.S.C. § 841, (b)(1)(c)

Original Sentence:    Prison - 44 months                Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:  Matthew F. Duggan                 Date Supervision Commenced: August 1, 2016

Defense Attorney:     Federal Defender's Office         Date Supervision Expires: July 31, 2020

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number         Nature of Noncompliance

1                        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                         **Supporting Evidence**: On August 2, 2016, Mr. Shuler was given a copy of his judgement and his conditions of supervision were explained to him. He signed his judgment indicating he understood each condition fully.

                         On March 16, 2018, Mr. Shuler was in direct violation of special condition 16 by failing to submit to urinalysis testing as directed.

                         Due to Mr. Shuler's continued illegal drug use, he was directed to call the urine collection hotline daily and to listen for the color "BROWN2." If it was called, he was directed to report to Pioneer Human Services (PHS) to supply a urine sample. On March 16, 2018, the color "BROWN2" was called and Mr. Shuler failed to report as directed.

Prob12C
**Re: Shuler, Ronald Lawrence**
**March 27, 2018**
**Page 2**

    2    **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: On August 2, 2016, Mr. Shuler was given a copy of his judgement and his conditions of supervision were explained to him. He signed his judgment indicating he understood each condition fully.

    On March 19, 2018, Mr. Shuler was in direct violation of special condition 16 by failing to abstain from the use of marijuana.

    Due to Mr. Shuler's failure to report for urine testing, he was directed to report to the U.S. Probation Officer on March 19, 2018. Mr. Shuler reported as directed and provided a urine sample which tested presumptive positive for marijuana.

    After a short discussion Mr. Shuler disclosed his marijuana use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/27/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

03/28/2018
Date