PROB 12C
(6/16)

Report Date: May 4, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ronald Lawrence Shuler | Case Number: 0980 2:13CR00078-SMJ-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, JR, U.S. District Judge

Date of Original Sentence: February 26, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Possession with Intent to Distribute a Mixture or Substance Containing Cocaine Base and Cocaine Hydrochloride, 21 U.S.C. § 841, (b)(1)(C) | | |
| Original Sentence: | Prison - 44 months<br>TSR - 48 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: August 1, 2016 | |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: July 31, 2020 | |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/27/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On August 2, 2016, Mr. Shuler was given a copy of his judgment and his conditions of supervision were explained to him. He signed his judgment indicating he understood each condition fully. |
| | On May 3, 2018, Mr. Shuler self disclosed through a text message that he had a positive urine sample. This officer reviewed the daily attendance roster for May 3, 2018, and it reflected that Mr. Shuler had tested positive for THC. |
| | Mr. Shuler also signed a drug use admission form stating he used THC on May 3, 2018. |

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/27/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/04/2018

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

05/04/2018
Date